IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMARA HOPKINS, | ) |
| Plaintiff, | ) 3:10-cv-532 |
| v. | ) Judge Crabb |
| | ) Magistrate Judge Crocker |
| JACOBSON & ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## ENTRY OF DEFAULT

Plaintiff, JAMARA HOPKINS, has requested that the Clerk of this Court enter a default against Defendant, JACOBSON & ASSOCIATES, LLC., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, JACOBSON & ASSOCIATES, LLC., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 3d day of November, 2010.

Peter Oppeneer, Clerk of Court