IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JAMARA HOPKINS, | ) |
| | ) |
| Plaintiff, | ) 3:10-cv-532 |
| | ) |
| v. | ) Judge Crabb |
| | ) Magistrate Judge Crocker |
| JACOBSON & ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

### DEFAULT JUDGMENT

Defendant, JACOBSON & ASSOCIATES, LLC., having failed to appear, plead or otherwise defend in this action, and default having been entered on November 4, 2010, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff, JAMARA HOPKINS, and against Defendant, JACOBSON & ASSOCIATES, LLC., as follows:

   a. Statutory damages in the amount of $1,000.00
   b. Actual damages in the amount of $1,750.00 *for emotional distress and lost time*
   c. My attorneys' fees, in the amount of $1,899.50
   d. My court costs, in the amount of $395.00

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated: *January 12, 2011*


_Barbara B. Crabb_
~~Clerk of Court (if sum is certain)~~
District Judge (in all other instances)